

1 | Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
2 | 595 Market Street, Suite 2750
San Francisco, CA 94105
3 | Telephone: (415) 477-6700
Facsimile: (415) 477-6710
4 |

5 | William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
6 | Oklahoma City, OK 73120
Phone: (405) 235-1560
7 | Fax: (405) 239-2112
wfederman@aol.com
8 |

9 | Counsel for Plaintiff

10 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
11 |

12 |

13 | EMMANUEL GOLDBERG, Derivatively, on behalf of Nominal Defendant TELIK, INC.,    Case No.
14 |

15 |     Plaintiff,    **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**
16 |

17 | v.    JURY TRIAL DEMANDED

18 | GAIL L. BROWN, CYNTHIA M. BUTITTA, EDWARD W. CANTRALL, ROBERT W.
19 | FRICK, STEVEN R. GOLDRING, REINALDO F. GOMEZ, MARY ANN GRAY,
20 | PAUL M. MENDELMAN, HERWIG VON MORZÉ, RICHARD B. NEWMAN, STEFAN
21 | RYSER, MARC L. STEUER, and MICHAEL WICK,
22 |     Defendants,

23 | and

24 | TELIK, INC.,

25 |     Nominal Defendant.

26 |

27 |

28 |

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1    Plaintiff Emmanuel Goldberg ("Plaintiff"), derivatively and on behalf of Nominal

2    Defendant Telik, Inc., files this Verified Shareholder Derivative Complaint and alleges, upon

3    information and belief, except as to those allegations that pertain to Plaintiff, which are alleged

4    on personal knowledge, as follows:

5    **I.      NATURE AND SUMMARY OF THE ACTION**

6        1.      This is a shareholder derivative action brought by Plaintiff, a shareholder of

7    Telik, Inc. ("Telik" or the "Company"), against certain current or former officers and directors of

8    Telik seeking to remedy the Individual Defendants' (defined below) violations of state law,

9    including breaches of fiduciary duties, abuse of control, gross mismanagement, waste of

10   corporate assets and unjust enrichment that occurred from March 27, 2003[1] through the present

11   (the "Relevant Period") and have caused substantial losses to Telik.

12       2.      Nominal Defendant Telik is a biopharmaceutical company working to discover,

13   develop and commercialize innovative small molecule drugs to treat diseases.  Telik discovers

14   its product candidates using proprietary drug discovery technology, Target-Related Affinity

15   Profiling, or TRAP, which the Company believes enables the rapid and efficient discovery of

16   small molecule produce candidates.

17       3.      At all relevant times, the Company described TELCYTA as the Company's lead

18   product candidate.  TELCYTA is a small molecule cancer drug product candidate designed to be

19   activated in cancer cells.

20       4.      Because of the Individual Defendants' (defined below) positions   with the

21   Company, they had access to the adverse undisclosed information about its business, operations,

22   products, operational trends, financial statements, markets and present and future business

23   prospects via access to internal corporate documents (including the Company's operating plans,

24   budgets and forecasts and reports of actual operations compared thereto), conversations and

25   connections with other corporate officers and employees, attendance at management and Board

26

27   _____

28   [1] Telik initiated its Phase 3 trials of TELCYTA in March 2003.

1

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1  of Directors meetings and committees thereof and other information provided to them in
2  connection therewith.

3      5.      Furthermore, each of the above officers of Telik, by virtue of their high-level
4  positions with the Company, directly participated in the management of the Company, was
5  directly involved in the day-to-day operations of the Company at the highest levels and was
6  privy to confidential proprietary information concerning the Company and its business,
7  operations, products, growth, financial statements, and financial condition as alleged herein.
8  Defendants were involved in drafting, producing, reviewing and/or disseminating the false and
9  misleading statements and information alleged herein, were aware, or deliberately disregarded,
10 that the false and misleading statements were being issued regarding the Company, and
11 approved or ratified these statements.  Each Individual Defendant knew that the company's
12 future was dependent on TELCYTA.

13     6.      The Individual Defendants had a duty to disseminate promptly accurate and
14 truthful information with respect to the Company's financial condition and performance,
15 growth, operations, business, markets, management, earnings and to correct any previously-
16 issued statements that had become materially misleading or untrue.  The Individual Defendants'
17 misrepresentations and omissions during the Relevant Period violated these specific
18 requirements and obligations.

19     7.      Specifically, the Individual Defendants failed to disclose that: (1) TELCYTA
20 clinical trials were not being conducted under U.S. Food and Drug Administration ("FDA")
21 clinical trial standards; (2) subjects in TELCYTA clinical trials were dying earlier than those not
22 using TELCYTA; and (3) that TELCYTA would not receive FDA approval and was not a
23 commercially viable drug.

24 **II.    JURISDICTION AND VENUE**

25     8.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(2) in
26 that Plaintiff is a citizen of a foreign state and Defendants are citizens of the United States and
27 the matter in controversy exceeds $75,000.00, exclusive of interests and costs.

28

9.    This action is not a collusive one designed to confer jurisdiction on a court of the United States which it would not otherwise have.

10.    Venue is proper in this district because a substantial portion of the transactions and wrongs complained of herein, including the Individual Defendants' participation in the wrongful acts detailed herein, occurred in this district.  Further, Defendants either reside in or maintain executive offices in this district, and/or have received substantial compensation in this district by engaging in numerous activities and conducting business here, which had an effect in this district.

## III.    PARTIES

### Plaintiff

11.    Plaintiff Emmanuel Goldberg is and was a shareholder of Nominal Defendant Telik during relevant times and submits a verification to this effect.

### Nominal Defendant

12.    Nominal Defendant Telik is a Delaware corporation and its principal place of business is 3165 Porter Drive, Palo Alto, CA 94304.  Telik is a biopharmaceutical company working to discover, develop and commercialize innovative small molecule drugs to treat diseases.  As of the date of the Company's 2006 Form 10-K, the Company has not obtained regulatory approval for the commercial sale of any products and has not received any revenue from the commercial sale of products.

### Defendants

13.    Defendant Gail Brown ("Brown") has served as the Company's Senior Vice President and Chief Medical Officer since November 2001.  Brown also has served as a consultant to the Company on matters related to clinical development of the Company's product candidates since October 1998.  Brown is the wife of Defendant Wick, the Company's President, Chief Executive Officer and Chairman.

14.    Defendant Cynthia M. Butitta ("Butitta") has served as the Company's Chief Operating Officer ("COO") and Chief Financial Officer ("CFO") since March 2001.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

15. Defendant Edward W. Cantrall ("Cantrall") has served as a member of the Board of Directors since May 2002. Cantrall is also a member of the Audit Committee. Because of Cantrall's position, he was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and committees thereof.

16. Defendant Robert W. Frick ("Frick") has served as a member of the Board of Directors since April 2003. Frick also serves on the Audit Committee. Because of Frick's position, he was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and committees thereof.

17. Defendant Steven R. Goldring ("Goldring") has served as a member of the Board of Directors since May 2002. Goldring also serves on the Compensation Committee. Because of Goldring's position, he was aware of  non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and committees thereof.

18. Defendant Reinaldo F. Gomez ("Gomez") served as Senior Vice President, Product Development from 2003-2005. During that time, Gomez also served as a member of the Company's Board of Directors.

19. Defendant Mary Ann Gray ("Gray") has served as a member of the Board of Directors since August 2003. Gray also serves on the Nominating Committee. Because of Gray's position, she was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. She also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and Committees thereof.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

20.    Defendant Paul M. Mendelman ("Mendelman") has served as the Company's Senior Vice President, Clinical Development since April 2005.

21.    Defendant Herwig Von Morzé ("Morzé") has served as a member of the Board of Directors since August 2004. Because of Morzé's position, he was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and Committees thereof.

22.    Defendant Richard B. Newman ("Newman") has served as a member of the Board of Directors since April 2003. Newman also serves on the Compensation and Nominating Committees. Because of Newman's position, he was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and Committees thereof.

23.    Defendant Stefan Ryser ("Ryser") has served as a member of the Board of Directors since September 1998. Ryser also serves on the Audit, Compensation and Nominating Committees. Because of Ryser's position, he was aware of non-public information about the business of the Company, as well as its finances, markets and present and future business prospects. He also had access to internal corporate documents, conversations and connections with other corporate officers and employees and attended Board meetings and Committees thereof.

24.    Defendant Marc L. Steuer ("Steuer") has served as the Company's Senior Vice President, Business Development since October 2002.

25.    Defendant Michael Wick ("Wick" or "Dr. Wick") has served as the Company's Chairman of the Board of Directors since January 2000. Wick served as the Company's Chief Executive Officer since July 1999 and as its President since June 1998. Wick also served as the Company's Chief Operating Officer from December 1997 until June 1998, and as Executive

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1  Vice President, Research and Development, from December 1997 until June 1998. Because of

2  Wick's position, he was aware of non-public information about the business of the Company, as

3  well as its finances, markets and present and future business prospects. He also had access to

4  internal corporate documents, conversations and connections with other corporate officers and

5  employees and attended Board meetings. Wick has been a member of the Board of Directors

6  since 1997. Wick is the husband of Defendant Brown, the Company's Senior Vice President

7  and Chief Medical Officer and consultant to the Company on matters relating to clinical

8  development of the Company's product candidates.

9       26.    Defendants Brown, Butitta, Cantrall, Frick, Goldring, Gomez, Gray, Mendelman,

10  Morzé, Newman, Ryser, Steuer and Wick are collectively referred to herein as the "Individual

11  Defendants." Defendants Cantrall, Frick, Goldring, Gray, Morzé, Newman, Ryser and Wick are

12  collectively referred to herein as the "Director Defendants." Collectively, the Individual

13  Defendants and Director Defendants are referred to as "Defendants."

14  **V.    SUBSTANTIVE ALLEGATIONS**

15      27.    During relevant times, the Company promoted itself as the creator of the cancer

16  drug candidate TELCYTA. In fact, each of the Defendants knew that the company's future was

17  dependant and founded on TELCYTA. During the same time that Defendants touted the

18  efficacy of TELCYTA, the Defendants knew or should have known that patients who used

19  TELCYTA during clinical trials were dying several months sooner than those patients not using

20  TELCYTA and that the TELCYTA clinical trials were not being conducted pursuant to FDA

21  clinical trial standards, and the public was misled regarding TELCYTA's FDA approval

22  prospects which ultimately inflated the price of the Company's common stock.

23      28.    According to the Company's 2006 Form 10-K, clinical trials are conducted in

24  three sequential phases though the phases may overlap. Phase 1 clinical trials may be performed

25  in healthy human subjects or, depending on the disease, in patients. The goal of Phase 1 clinical

26  trials is to establish initial data about the safety and tolerance of the product in humans. In

27  Phase 2 clinical trials, in addition to safety, the efficacy of the product is evaluated in a limited

28  number of patients with the target disease. Phase 3 clinical trials typically involved additional

6

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1    testing for safety and clinical efficacy in expanded, large-scale, multi-center studies of patients

2    with the target disease.

3        29.    On March 27, 2003, the Company announced it had launched a controlled Phase

4    3 clinical trial of TELCYTA in ovarian cancer patients.  The release touted TELCYTA's prior

5    performance in the Phase 2 clinical trial and other purported benefits.  The release stated in

6    relevant part:

> Telik, Inc. announced the initiation of a randomized, controlled Phase 3 registration trial of TLK286 administered as a single agent in ovarian cancer patients whose disease has progressed following platinum-based chemotherapy and one second-line treatment.
>
> The multinational trial, designated the ASSIST-1 (Assessment of Survival In Solid Tumors-1) trial, is expected to enroll approximately 440 women. Patients will be randomized to a TLK286 treatment group, or to a control group receiving either Doxil® or Hycamtin®, drugs that are commonly used in the third-line ovarian cancer setting. The study is designed to evaluate whether TLK286 treatment reduces the risk of death, leading to an increase in survival, as compared to the control group treatments.
>
> Results from a Phase 2 single agent study of TLK286 in ovarian cancer were presented at the American Society of Clinical Oncology meeting in May 2002 and at the EORTC/NCl/AACR meeting in November 2002. In this trial, objective tumor responses were observed and median patient survival was estimated at 17 months by Kaplan-Meier analysis.
>
> "Ovarian cancer has the highest mortality rate of all gynecologic malignancies. There is an urgent need for new treatment alternatives since approximately 75% of new cases of ovarian cancer are diagnosed at an advanced stage," said Gail L. Brown, M.D., senior vice president and chief medical officer. "The objective responses and survival benefit observed with TLK286 in our Phase 2 ovarian cancer trial, the clinical activity reported in other cancers, including non-small cell lung, breast and colorectal, as well as the tolerability profile seen in more than 350 patients, provide a strong foundation for this Phase 3 trial."
>
> About Ovarian Cancer and TLK286
>
> TLK286 is a small molecule prodrug which is activated by GST P1-1, an enzyme present in higher levels in many human cancers than in normal tissues. Upon activation, TLK286 initiates an intracellular process known as apoptosis, or programmed cell death. Telik has retained worldwide commercialization rights to TLK286.

---

7

30.    The statements in the Company's March 27, 2003 press release and other statements by the Company caused Wachovia Securities to issue a research report entitled "Telik Initiates Pivotal Study of TLK286 in Ovarian Cancer" on March 27, 2003, proclaiming great expectations for commercialization of TELCYTA as follows:

Expectations for Commercialization

In addition to the Phase III ovarian cancer trial, we expect Telik to initiate a Phase III trial of TLK 286 in second-line, non-small cell lung (NSCLC) cancer patients in late H2 2003. Based on the timing of these trials, we estimate that TLK286 could start contributing to revenue in 2006. We estimate that nearly 9,000 patients could receive the drug in 2006, and nearly 19,000 patients could receive it in 2007. Using an estimated price of approximately $11,000 for a course of therapy, we estimate TLK286 sales at $98 million in 2006 and $204.4 million in 2007. This price is consistent with current pricing on standard-of-care chemotherapy. Market penetration is estimated at 4.8% for refractory ovarian cancer patients in 2006, and 7.5% in 2007. Market penetration is estimated at 1.5% for refractory NSCLC patients in 2006 and 2.8% in 2007.

31.    On April 9, 2003, the Company issued a press release entitled "Telik Announces New Preclinical Data on TLK286 that Supports Unique Mechanism of Activation, and Activity in Combinations with Standard Cancer Drugs." That release stated in relevant part:

Telik, Inc. announced a series of preclinical studies of its TLK286 product candidate, currently in a Phase 3 registration trial for ovarian cancer, and in clinical trials in non-small cell lung, breast and colorectal cancer. The studies were published in the March 2003 Proceedings of the Annual Meeting of the American Association for Cancer Research.

TLK286 is a prodrug which is administered in an inactive form. It is activated in cancer cells by GST P1-1, an enzyme present in higher levels in important cancers including ovarian, lung, breast, colorectal, pancreas and lymphoma, than in normal tissue. In previous studies, Telik scientists have reported that TLK286 induces cancer cell death via the stress response signaling pathway. New preclinical data published on TLK286 include:

- TLK286-induced activation of the stress response apoptotic signaling pathway: confirmation of novel antitumor mechanism of action (Abstract # 2643). TLK286 toxicity to cancer cells increases in a time- and dose-dependent manner after it is cleaved by GST P1-1. Using an analog of TLK286 that could not be cleaved by GST P1-1, Telik scientists demonstrated that the non-cleavable analog was inactive, and therefore that cleavage is required for TLK286 activation and subsequent cancer cell killing. This result supports the premise that the selective

8
VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

activation of TLK286 within cancer cells contributes to the generally mild side effect profile and antitumor activity of TLK286 seen in clinical trials.

- Enhanced antitumor activity of TLK286 in combination with oxaliplatin, carboplatin, doxorubicin, paclitaxel and docetaxel in human colorectal, ovarian, non-small cell lung and breast cancer cell lines (Abstract # 1722). Human cancer cell lines were treated with TLK286 in combinations with several important chemotherapeutic drugs. The studies consistently demonstrated enhanced or synergistic cancer cell growth inhibition. For example, treatment of a colorectal cancer cell line with TLK286 and oxaliplatin resulted in a fifteen-fold increase in growth inhibition compared to the sum of either agent alone. These data, and the mild, non-overlapping toxicities seen in clinical trials of TLK286, suggest that combinations may be appropriate and provide scientific support for ongoing clinical trials using TLK286 in regimens with docetaxel, carboplatin and doxorubicin (Doxil®).

- Sensitization of a human cancer cell line to paclitaxel following prolonged treatment with TLK286 (Abstract #LB123). Following up on the combination studies, Telik scientists examined the effects of prolonged exposure of human ovarian cancer cells to TLK286. TLK286 exposure was associated with enhanced sensitivity of the cancer cells to taxanes, an important class of chemotherapeutic drugs.

32.    On April 24, 2003, the Company issued a press release entitled "Telik Announces First Quarter 2003 Financial Results." The release stated, in relevant part:

Key developments at Telik since the beginning of 2003 have included:

- The initiation of a Phase 3 registration trial of TELCYTA™ in ovarian cancer patients whose disease has progressed following platinum-based chemotherapy and one second-line treatment. The multinational trial, designated the ASSIST-1 (Assessment of Survival In Solid Tumors-1) trial, is designed to evaluate whether TELCYTA™ treatment reduces the risk of death, leading to an increase in survival, as compared to the control group treatments.

- The publication of new preclinical data that support the ongoing clinical development of TELCYTA™. These data elaborate on the proposed mechanism of activation and activity of TELCYTATM and describe the use of TELCYTA™ in combination with standard chemotherapeutic drugs.

9

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

33.     On Saturday, May 31, 2003, the Company made a presentation at the American Society of Clinical Oncology ("ASCO"), proclaiming that its in-progress follow-up trial on advanced lung-cancer patients treated with TELCYTA confirmed earlier data that the drug increased survival times. At ASCO, Defendants explained that TELCYTA's Phase 2 trial involved non-small cell lung-cancer patients who had failed two or more previous therapies and who had life expectancies of 4-1/2 to 6-1/2 months. In an interview with *Dow Jones Newswires* at the ASCO meeting, Brown reported that of the 33 patients enrolled 81% were still alive. Other key findings presented included the following results:

- **Ovarian cancer:** New interim clinical results ***confirmed*** the significant clinical activity reported in the previous Phase 2 clinical trial of TELCYTA in women with advanced ovarian cancer, and supported the ongoing Phase 3 trial in this potential indication.

- "Non-small cell lung cancer: Interim results from a second Phase 2 clinical trial in poor prognosis patients who have failed platinum-containing regiments ***confirmed*** the results reported in the prior Phase 2 clinical trial in non-small cell lung cancer, in which disease stabilization was associated with a median survival that was significantly improved over that expected for these patients."

- "In these clinical trials, as in the previous clinical trials, TELCYTA treatment was ***well-tolerated, with most side effects mild and reversible.***" Defendants stated there were few "grade 1" and "grade 2" side effects and no "grade 3" or "grade 4" events experienced.

- Telik "plan[ned] to initiate a registration Phase 3 Trial of TELCYTA™ for the treatment of advanced non-small cell lung cancer."

34.     On June 1, 2003, the Company issued a press release entitled "Telik Announces Confirmatory Results from Second Phase 2 Trial of TELCYTA™ in Advanced Non-Small Cell Lung Cancer," which stated in relevant part, as follows:

Telik, Inc. (Nasdaq: TELK) announced ***positive interim results*** from a second Phase 2 clinical trial of TELCYTA™ (TLK286) administered as a single agent in women with platinum refractory or resistant ovarian cancer, that confirm the previous results of a previous Phase 2 trial in this patient population. The data were presented at the annual meeting of the American Society of Clinical Oncology in Chicago.

The interim results show a 17% objective response rate (three partial responses by RECIST criteria) and 56% overall disease stabilization rate in women with advanced, platinum refractory or resistant ovarian cancer. Responses were accompanied

10

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

by clinical symptom improvement. Median duration of stable disease is greater than six months and ongoing. Median survival has not yet been reached. TELCYTA™ continues to be well-tolerated, with the most common adverse events categorized as Grade 1 or 2 (mild to moderate). Grade 3 adverse events were infrequent, and no Grade 4 adverse events were reported.

The interim analysis is based on 33 patients evaluable for survival and 18 patients evaluable for tumor response. All of the patients were either refractory or resistant to platinum, and 82% were resistant to paclitaxel and additional salvage therapies.

"These results confirm the clinical activity reported in the previous Phase 2 trial of TELCYTA™ in advanced ovarian cancer and support the ongoing Phase 3 registration trial of TELCYTA™ in the third-line ovarian cancer setting," said Gail L. Brown, M.D., senior vice president and chief medical officer. "The interim results of this trial are comparable with those of the first ovarian cancer trial at a similar stage. This is encouraging because, in our earlier Phase 2 trial, clinical responses correlated with improved overall median survival. The efficacy, favorable toxicity profile and non-overlapping toxicities reported with TELCYTA™ now observed over a wide range of patient drug exposure, facilitate its use both as a single agent and in combination regimens in less advanced patients."

"Further, we are pleased to report that the ovarian cancer patient in our earlier Phase 2 trial, whose complete response following TELCYTA™ treatment was first reported at the 2002 ASCO meeting, remains in complete remission and off all treatment for ovarian cancer," Dr. Brown said. "This durable, long-term complete response is particularly encouraging because her disease was refractory to platinum therapy."

In Phase 2 trials, TELCYTA™ has demonstrated clinical activity in breast, non-small cell lung and colorectal cancer, in addition to ovarian cancer. A high proportion of these tumors express GST P1-1, which activates TELCYTATM within the tumor.

35.    On June 2, 2003, the Company issued a press release entitled "Telik's TELCYTATM (TLK286) Demonstrates Significant Clinical Activity in Advanced Metastatic Breast Cancer," which stated in relevant part:

Telik, Inc. announced *positive interim results* from the first Phase 2 study of TELCYTAT^M (TLK286) in the treatment of women with advanced metastatic breast cancer. The data were presented at the annual meeting of the American Society of Clinical Oncology in Chicago.

There was a 15% objective response rate (one complete response and two partial responses by RECIST criteria), and a 35% overall disease stabilization rate in this poor prognosis patient group. Median duration of stable disease is greater than 4 months and ongoing. TELCYTA™ continues to be well-tolerated, with the most common adverse

events in this trial categorized at Grade 1 or 2 (mild to moderate). There were few Grade 3 and no Grade 4 adverse events.

The interim analysis is based on 40 women with Stage IV metastatic breast cancer, 20 of whom were evaluable for tumor response at the time of interim analysis. All of the patients had failed two or more prior therapies including anthracyclines and taxanes. Most of the patients have disease that had metastasized to two or more organ systems.

"We have for the first time demonstrated responses to TELCYTA™ in advanced metastatic breast cancer, in women who have exhausted essentially all treatment alternatives," said Gail L. Brown, M.D., senior vice president and chief medical officer. "The interim results of this trial, including objective complete and partial responses, support further testing of TELCYTA™ in advanced breast cancer, a very difficult to treat cancer, as a single agent as well as in combination regimens in less advanced patients."

In Phase 2 trials, TELCYTA™ has demonstrated clinical activity in ovarian, non-small cell lung and colorectal cancer, in addition to breast cancer. A high proportion of these tumors express GST P1-1, which activates TELCYTATM within the tumor.

36.     Based on the highly positive May 31, 2003 – June 2, 2003 statements disseminated by Defendants, Telik shares increased $1.44, or 9.5%, to over $16 per share on June 2, 2003.

37.     On June 30, 2003, the Company held an earnings conference call with investors and financial analysts. During this call, Defendant Wick responded to questions from several analysts, in relevant part, as follows:

George Farmer, Fortis Securities: Can you give an update on median survival of first ovarian cancer phase 2 trial?

Michael Wick, Telik CEO: The last public update we gave was in Nov 2002 at the ORTC meeting, I think it was 71 weeks. The data continued very strong, we don't really update it because it requires calling each patient to find out if they're alive or dead. We're focused on the phase 3 trials now. Sometime along the line we'll give final data on that. But is continues strong.

***

Joel Sendek, Lazard Freres: And what difference from the control arm are you looking for?

Michael Wick, Telik CEO: This is an event driven trial, and the event is death. The trial has a 98 percent probability to show a 25% reduction in the risk of death. That translates into approximately a 40% increase in median survival over the control arm. That's really a translation of the primary math. We surpassed that by quite a bit in both

12

ovarian cancer trials.

38.     On July 30, 2002, the Company issued a press release entitled "Telik Announces Second Quarter 2003 Financial Results," which stated in relevant part:

At the annual meeting of the American Society of Clinical Oncology (ASCO) in May 2003, Telik reported ***positive new interim results*** from Phase 2 clinical trials of TELCYTA[Tm] in ovarian, non-small cell lung and breast cancer. Key findings included:

**Ovarian cancer:** New interim clinical results confirmed the significant clinical activity reported in the previous Phase 2 clinical trial of TELCYTA[TM] in women with advanced ovarian cancer, and support the ongoing Phase 3 trial in this potential indication.

**Non-small cell lung cancer:** Interim results from a second Phase 2 clinical trial in poor prognosis patients who have failed platinum-containing regimens confirmed the results reported in the prior Phase 2 clinical trial in non-small cell lung cancer, in which disease stabilization was associated with a median survival that was significantly improved over that expected for these patients.

In these clinical trials, as in the previous clinical trials, TELCYTATM treatment was well-tolerated, with most side effects mild and reversible.

39.     During the Company's earning conference call held on July 30, 2003, following the press release that same day, Wick stated the "strict, independently verified response criteria" being used in the ovarian cancer arm of the studies were typically reserved only for use in Phase III trials, but that they were being employed in this Phase II trial as part of the Company's "strategy **of *reducing risks going forward by conducting Phase 2 trials to Phase 3 standards.***" Defendants also stated that the Company's quarterly cash burn would increase to between $55 and $60 million per quarter when the Phase III ovarian study began.

36.     On August 14, 2003, the Company issued a release entitled "Telik Announces Positive Follow-Up Results from Phase 2 Trial of TELCYTA[TM] in Advanced Non-Small Cell Lung Cancer," which purportedly confirmed the efficacy data presented at the May 2003 ASCO meeting. Therein, the Company, in relevant part, stated the following:

Telik, Inc. (Nasdaq: TELK) reported positive follow-up data from a Phase 2 clinical trial

13

of TELCYTA$^{TM}$ (TLK286) in patients with non-small cell lung cancer whose disease progressed following platinum-containing regimens. The data were reported at the Tenth World Conference on Lung Cancer in Vancouver, British Columbia.

Patients enrolled in this trial received TELCYTA$^{TM}$ as second- or third-line treatment for advanced non-small cell lung cancer. An 11% objective response rate was observed in the 19 patients evaluable for efficacy at the time of analysis. The overall disease stabilization rate was 69%. Median survival has not yet been reached. TELCYTA$^{TM}$ continues to be well tolerated, with the most common adverse events categorized as Grade 1 or 2 (mild to moderate).

"These maturing results further confirm the clinical activity of TELCYTA$^{TM}$ that has been reported in non-small cell lung cancer, including earlier data from this trial presented at the American Society of Clinical Oncology meeting in June, and data from a previous Phase 2 trial in non-small cell lung cancer," said Gail L. Brown, M.D., senior vice president and chief medical officer. "We look forward to the initiation of the TELCYTA$^{TM}$ Phase 3 registration trial in non-small cell lung cancer later this year."

In Phase 2 trials, TELCYTA$^{TM}$ has demonstrated clinical activity in ovarian, breast and colorectal cancer, in addition to non-small cell lung cancer. A high proportion of these tumors express GST P1-1, which activates TELCYTA$^{TM}$ within the tumor. A Phase 3 registration trial of TELCYTA$^{TM}$ in women with advance ovarian cancer is in progress, in addition to ongoing trials evaluating TELCYTA$^{TM}$ in combination with standard chemotherapies.

37.    On September 3, 2003, the Company issued a press release entitled "Telik Announces FDA Fast Track Designation for TELCYTA$^{TM}$."  The Company stated the following in relevant part:

Telik, Inc. (Nasdaq: TELK) announced that the U.S. Food and Drug Administration has granted Fast Track designation for TELCYTA$^{TM}$ (TLK286) for third line therapy in patients with platinum refractory or resistant ovarian cancer.

"Fast Track designation is a recognition by the FDJA of the serious unmet medical need faced by women with platinum refractory or resistant ovarian cancer, and the potential of TELCYTA$^{TM}$ to address that need," said Gail L. Brown, M.D., senior vice president and chief medical officer. A randomized Phase 3 registration clinical trial with TELCYTA$^{TM}$ is in progress for third line therapy in patients with platinum refractory or resistant ovarian cancer.

Fast Track programs are designed to facilitate the development and expedite the review of new drugs that are intended to treat serious or life-threatening conditions and that demonstrate the potential to address unmet medical needs.

39.    On October 1, 2003, Telik announced the successful completion of FDA Special

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Protocol Assessment review for TELCYTA for the treatment of lung cancer in the ASSIST-2 trial which would compare TELCYTA's performance to that of Iressa, a similar cancer-treating drug. The Company, in relevant part, stated:

> Telik, Inc. (Nasdaq: TELK) announced that the Phase 3 protocol for TELCYTA$^{TM}$ (TLK286) in non-small cell lung cancer (NSCLC) has successfully completed Special Protocol Assessment (SPA) review by the U.S. Food and Drug Administration.

> The trial, designated ASSIST-2 (Assessment of Survival In Solid Tumors-2), will enroll approximately 500 patients with platinum refractory or resistant NSCLC who will be randomized to receive either TELCYTA$^{TM}$ or Iressa® (gefitinib) for the third-line treatment of NSCLC. The study is designed to evaluate whether TELCYTA$^{TM}$ treatment leads to an increase in survival as compared to the control treatment. The first Phase 3 TELCYTA$^{TM}$ protocol, for the ongoing ASSIST-1 trial of TELCYTA$^{TM}$ in women with platinum refractory or resistance ovarian cancer, previously underwent successful SPA review.

40.    On October 29, 2003, the Company issued a press release entitled "Telik Announces Third Quarter 2003 Financial Results," which stated in relevant part:

- The Phase 3 clinical trial protocol for TELCYTA$^{TM}$ in advanced non-small cell lung cancer (NSCLC) has successfully completed Special Protocol Assessment (SPA) review by the U.S. Food and Drug Administration. The protocol for the ongoing Phase 3 TELCYTA$^{TM}$ trial in platinum refractory or resistant ovarian cancer previously underwent successful SPA review.

- Telik received FDA Fast Track designation for TELCYTA$^{TM}$ for third-line treatment in patients with platinum refractory or resistant ovarian cancer.

- At the Tenth World Conference on Lung Cancer, Telik reported maturing results from a Phase 2 trial of TELCYTA$^{TM}$ in advanced non-small cell lung cancer, demonstrating an 11% objective response rate and 69% overall disease stabilization rate.

- Telik reported interim data from three Phase 1-2a clinical trials in which TELCYTA$^{TM}$ was used in combination with standard chemotherapy drugs. Results indicate that the combinations were well tolerated at all doses tested. In the carboplatin combination trial in heavily pretreated, third-line or greater patients who had failed a platinum-containing regimen, five of eight evaluable patients (63%) had objective tumor responses by the RECIST criteria, including one complete response, and an 88% overall disease stabilization rate was observed. In the docetaxel combination trial in second and third-line non-small cell lung cancer patients, three of 14 evaluable patients (21%) who received full doses of TELCYTA$^{TM}$ and docetaxel had objective tumor responses by the RECIST criteria, and the overall

disease stabilization rate was 64%. In combination with Doxil®, the combination resulted in a 33% objective response rate by the RECIST criteria and 100% disease stabilization rate among the three evaluable ovarian cancer patients treated with the highest dose of each drug.

41.    That same day, the Company issued a second press release entitled "Telik Announced Proposed Equity Offering." The Company stated in relevant part:

Telik, Inc. (Nasdaq: TELK) announced plans to offer 6,000,000 shares of common stock in an underwritten public offering under its existing shelf registration statement. Five million of the shares are expected to be offered by the company, and 1,000,000 shares are expected to be offered by a corporate selling stockholder. In addition, the underwriters will have an option to purchase from the company up to an additional 900,000 shares to cover over- allotments, if any.

42.    The prospectus filed on November 6, 2003, in connection with the 2003 Offering also contained the following false and misleading statements:

- Defendants' statement that TELCYTA's ability to "bind[] to GST P1-1 inside a cancer cell" caused "a chemical reaction [to] occur[], releasing fragments of TELCYTA *that cause[d] programmed cancer cell death, or apoptosis,"* was false and misleading because it concealed that an unacceptably high level of side effects had been experienced during the Phase II testing of TELCYTA;

- Defendants' statement that Telik had "initiated a Phase 3 registration trial of TELCYTA for the treatment of ovarian cancer in March 2003" was false and misleading as the ASSIST-1 study underway was not "adequate and well-controlled" and thus its results would not be accepted by the FDA as "substantial evidence" of TELCYTA's efficacy;

- Defendants' statement that "[r]esults from . . .trials [evaluating more than 400 cancer patients in 12 clinical trials] indicat[ing] that TELCYTA [was] generally well tolerated, with mostly mild to moderate side effects" was false and misleading because it concealed that subjects in the Phase 2 testing had experienced an unacceptably high level of side effects;

- Defendants' statement that in "June 2003, at the American. Society of Clinical Oncology annual meeting, [the Company] announced positive interim results from the multimember Phase 2 trials of TELCYTA in ovarian, non-small cell lung...cancer," with TELCYTA "demonstrate[ing] significant single agent antitumor activity, including multiple objective tumor responses and prolongation of expected survival in patients who were unresponsive to standard treatments" in the ovarian cancer trial, was false and misleading because it concealed that subjects in the Phase II testing had experienced an unacceptably high level of side effects;

- Defendants' statement that the Company's "strategy" was to "develop product

16

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

candidates with a clear path to regulatory approval and the potential to show early evidence of clinical efficacy," allowing Telik to "reduce the risk inherent in drug discovery and accelerate the commercialization of [its] drug candidates," was false and misleading as it concealed that subjects in the Phase 2 testing had experienced an unacceptably high level of side effects and that the ASSIST-1 trial then underway was not being conducted in an "adequate and well controlled" fashion, as would be required to be acceptable to the FDA.

43.    On December 2, 2003, the Company issued a press release entitled "Telik Announced FDA Fast Track Designation for TELCYTATM for Non-Small Cell Lung Cancer." Therein, the Company, in relevant part, stated as follows:

Telik, Inc. (Nasdaq: TELK) announced that the U.S. Food and Drug Administration (FDA) has granted Fast Track designation for TELCYTATM (TLK286) for third line therapy for locally advanced or metastatic non-small cell lung cancer. The FDA previously granted Fast Track designation for TELCYTATM for third line therapy in patients with platinum refractory or resistant ovarian cancer.

Fast Track programs are designed to facilitate the development and expedite the review of new drugs that demonstrate the potential to treat serious or life-threatening conditions and address unmet medical needs.

44.    On February 19, 2004, the Company issued a press release entitled "Telik Announces Fourth Quarter and Year-End 2003 Financial Results," which stated, in relevant part:

**TELCYTA**

- Telik reported positive, confirmatory results from additional Phase studies of TELCYTA™ administered as a single agent in ovarian and non-small cell lung cancer at the American Society of Clinical Oncology meeting in June.

- The Phase 3 registration trial of TELCYTA™ in ovarian cancer was initiated. The trial is designed to enroll approximately 440 women with platinum refractory or resistant ovarian cancer who have also failed treatment with one of the approved second line agents.

- A Phase 3 registration trial of TELCYTA™ in platinum resistant non-small cell lung cancer was announced and is scheduled to begin in the current quarter.

- The protocols for the TELCYTA™ Phase 3 registration trials were reviewed by the FDA under Special Protocol Assessments, and the FDA granted Fast Track status for TELCYTA™ for the treatment of ovarian and non-small cell lung cancer in the third line setting.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1

- Positive interim clinical results were reported using TELCYTA™ in combination treatment regimens with carboplatin, Taxotere® and Doxil®, drugs that are used in current front line and second line chemotherapy.

2

3

45.    Also on February 19, 2004, the Company held an earnings conference call

4

with financial analysts and investors. During this call, certain Individual Defendants, in relevant

5

part, stated the following:

6

MICHAEL WICK, CHAIRMAN AND CEO, Telik, INC.: Thanks, Carol. 2003 was a
year of significant value creation at Telik, as we initiated the Phase III registration trial

7

of TELCYTA in ovarian cancer and we prepare for the initiation of a Phase III trial in

8

non-small cell lung cancer. We also presented positive interim data from the Phase II
trials of TELCYTA in combination with carboplatin, Taxotere, and Doxil, which

9

lays the foundation for advancing TELCYTA to the second and front line setting. In
addition to the progress made in the TELCYTA development program, we continue to

10

advance our second cancer compound, Telintra.

11

At the American Society of Hematology meeting, we reported positive clinical data for

12

Telintra, or TLK199, which supports further clinical development. The clinical results
for TELCYTA and Telintra provide multiple opportunities for Telik in 2004, which I'll

13

now discuss.

14

First, we will review our progress and plans for TELCYTA, our lead product

15

candidate....

16

Following this rationale, we've constructed TELCYTA to be a small molecule

17

that is administered to cancer patients in an inactive form. It can be processed within
cancer cells by an enzyme called GSTP11, that has shown to be expressed in higher

18

levels in ovarian, long, breast, colorectal, pancreatic, lymphoma, as well as in other
cancers, than in normal cells. The targeted activation of TELCYTA results in the

19

release of highly reactive fragments that rapidly interfere with RNA, DNA, and
proteins, overwhelming the ability of the cancer cell to escape. Furthermore, a

20

safety profile consistent with targeted activation within cancer cells is observed with a
relatively sparing of normal cells.

21

In our TELCYTA development program, we have attempted to reduce

22

development risks by conducting nine successful Phase II trials in four indications. Our
strategy was to measure TELCYTA against a high hurdle in order to estimate its realistic

23

potential early in the development process. In addition, we applied several

24

traditional principles of cancer drug development, including testing TELCYTA as a
single agent, so that we knew that whatever positive effects observed could be attributed

25

to TELCYTA, and whatever negative effects observed were also due to TELCYTA,
challenging TELCYTA early by treating more refractory patients with worse prognoses

26

than we expected to treat in our Phase III trials, and showing safety and efficacy in more

27

advanced cancer patients is always more difficult for any cancer drug; confirming the
actually we observed in our first Phase II trial by repeating the Phase II trials in lung

28

and ovarian cancer; by providing visibility into the potential survival benefit caused by

18

1    TELCYTA, although in a nonrandomized setting.

2    In addition to adhering to these traditional principles, we also used the more stringent
3    resist criteria to assess tumor response. This is the same criteria that we are now
     employing in our Phase III trials -resist, as you know, requires, for example,
4    radiologic confirmation of tumor response by independent radiologic exam.

5    Finally, for both Phase III trials, we have received FDA fast track designation
     and completed a special protocol assessment process.

6
7    TELCYTA is very well tolerated across all of our trials, consistent with the
     proposed mechanism of activation within cancer cells. The principle toxicities are mild
8    to moderate nausea and vomiting, which is well controlled with standard antiemetics not
     seen as often severe, treatment-limiting organ toxicities common to many cancer drugs.
9    We observed numerous objective responses including responses in bulky tumors
     as well as long-term disease stabilization and longer patient survival than would
10   be expected in these advanced populations. These results provide the foundation for
     our Phase III registration trials.
11
                                        ***
12
13   Demonstrating the safety and clinical activity of TELCYTA as a single agent was, of
     course, a very important objective. We also are advancing the TELCYTA development
14   program by conducting combination Phase II trials in order to move TELCYTA into
     earlier- stage treatment regimen. Under review - the principles of combination
15   therapy....At the EORTC meeting in Boston in November, we presented what I believe
     is the most significant TELCYTA data since ASCO of 2002 -- positive preliminary
16   results from combination [inaudible] for drugs that represent the mainstay of
     chemotherapy for solid tumors including platinum,  present the mainstay of
17   chemotherapy for solid tumors including platinum, [taxine] and [anthrocycle]. In
     [inaudible] of the three trials reported, the patients enrolled in the combination
18   TELCYTA/carboplatin trials, who are ovarian cancer patients for refractory or
19   resistant to carboplatin. In these patients, the expected response rate to platinum
     approaches zero, while the response rate to TELCYTA, based on our Phase II
20   trials, will be expected to be in the range of 15% to 19%. In the combination trial,
     reportedly 63% objective response rate, including a durable complete response and
21   an 88% overall disease stabilization rate. We saw no unanticipated toxicity, now
22   continuing enrollment and dose escalation of TELCYTA.

23                                      ***

24   To summarize our progress with TELCYTA, the past year has seen the combination of
     single-agent activity and, second, the Phase II trials in ovarian and non-small-cell
25   lung cancer, the demonstration of activity in breast cancer, demonstration of TELCYTA
     activity in combination with three major classes of chemotherapeutic drugs. The
26   Phase III trial on ovarian cancer is well underway. We remain on track to begin the
     Phase III study of non-small-cell lung cancer before the end of March. Which we now,
27   in the end of 2004, we intend to initiate several additional trials using TELCYTA in
28   combination regimen in the front line and second line settings; trials that provide

                                        19

near-term visibility to the full clinical and market potential of TELCYTA.

These advances, we believe, have significantly increased the value of TELCYTA for Telik and for potential partnerships outside the U.S., which we continue to pursue. Also, looking ahead, several mechanistic abstracts described in the underlying mechanism of synergy of TELCYTA as well as explain the synergy with standard agents have been accepted by the American Association of Cancer Research meeting at the end of March, and we expect to present, as mentioned earlier, additional TELCYTA combination data at ASCO in June.

***

CYNTHIA BUTIHA, COO AND CFO, Telik, INC.: ... As Mike has just described, we have set very aggressive goals for Telik in 2004 based on the compelling clinical data we have reported over the past year. These goals include completing enrollment in the two Phase III registration trials for TELCYTA in ovarian and non-small-cell lung cancer; completing and reporting data on the Phase II combination trials of TELCYTA with carboplatin, Taxotere, and Doxil; completing the single-agent breast cancer trial reporting data later this year; initiating a number of new pilots in randomized combination TELCYTA studies including a front line trial with platinum and non-small-cell lung cancer as well as additional combination trials in ovarian and non-small-cell lung cancer in either the front line or second line study; manufacturing the registration batches of TELCYTA in preparation for the CMC section of our TELCYTA NBA; completing the Telintra Phase I-IIa trial in MDS; and advancing the development of an oral formulation of Telintra including pre-clinical INDenabling studies for a potential INDx filing in the first half of 2005.

The achievement of these goals with TELCYTA and Telintra will provide a strong foundation for continued growth and stockholder value for Telik, and balancing these goals with our financial resources, we anticipate committing proportionately less resources to our pre-clinical pipeline relative to the clinical opportunities in 2004. Based on the significantly expanded clinical and development programs for TELCYTA and Telintra, and the many activities that support our clinical programs including manufacturing and the beginning of NBA filing preparations, we anticipate total operating expenses in 2004 will be approximately $90m to $95m. Cash burn is estimated to be in the $85m or 890m range with a delta being noncash expenses and interest income. We are not guiding to any revenue from potential partnerships although, of course, there is that potential there.

Consistent with our focus on clinical trials and related support, we anticipate that approximately 85% of our operating expenses will be in research and development and 15% in G&A. Further, as we add new trials and accelerate NDA-related activities, we expect expenses to ramp up over the year with approximately 45% of operating expenses in the first half of 2004 in the balance of the second half. **The plan we describe** reflects our enthusiasm about the potential for TELCYTA and Telintra and our belief in them as near-term growth drivers for the company. We have demonstrated the clinical activity of TELCYTA in refractory and resistant cancer, now moving rapidly into the important studies of front line and second line

20
VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

treatment with combination regimen.

***

JAMES BIRCHENOUGH: ... one final question on TELCYTA should we expect at some point this year an interim look at the data for purposes of seeking accelerated approval in ovarian?

MICHAEL WICK: Well, you know, we designed this trial with all the bells and whistles. You know what's very well. You know, I think we've given the same guidance we've given right along -- we're committed to finishing this trial. We've built in every opportunity to have success. We will communicate with Wall Street if there are any you know -- if the independent data monitoring committee makes any substantive recommendations, you know, there can be lots of them along the way. You know, if the assumptions on the trial were not borne out that we agreed 'to, we might have to adjust our trial. We certainly don't expect -- nor have we seen any evidence of safety concerns for TELCYTA, which is typically an issue. But insofar as any interim looks don't change our original guidance, we won't communicate them. Insofar as they do, we will. Cindy, do you have any comments on that?

***

CYNTHIA BUTITTA: No, that's correct.

***

MICHELLE PARK, ANALYST, CREDIT SUISSE FIRST BOSTON: Most of my questions have been answered. I was wondering if you are disclosing the number of patients that have been enrolled thus far in the ovarian cancer study?

CYNTHIA BUTITTA: No, we're not providing that guidance.

***

GEORGE FARMER: It has, okay. Finally, in the Phase III lung trial that's about to get underway, can you talk about any exclusion or inclusion criteria?

MICHAEL WICK: I think, no, without getting in too detailed -- I mean -typically, these patients -- it's our belief, as has been true in our Phase II studies, and the FDA is very clear about this -- that the population you study should reflect the population that you intend, ultimately, to market to. ...

GEORGE FARMER: But I would imagine it's very tempting, given the variable response rate of Iressa in different segments of the lung cancer population, and given that there is very little for treatment of third line lung cancer, anyway, to think about how you could design a trial where you could really show an enhanced effect of TELCYTA in that setting.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

MICHAEL WICK: That's true, but one has to, you know, not be too clever by half, okay? That base is a straightforward trial. You know, we have to make it, we have to be sensitive to the patient's need. For example, we will allow them to bail other EGFR inhibitors simply because the main drivers, we believe, with the FDA are the improved platinums, the improved Taxoteres, or whatever else they fail along the way, that would be acceptable. For example, we certainly will not attempt to enrich our population in any of the histiotypes. We believe that we can provide enough advantage to TELCYTA by simply following the normal distribution of histiotype that you can look up in any textbook. We will, for example, if patients, in addition to platinum, had received an EGFR inhibitor, we will allow that. Again, another one, although is -- it's an interesting concept you're raising, you know, as one deals with the FDA process and the FDA and Dr. Brown, here, we do this pretty straight.

46.     On April 29, 2004, the Company issued a press release entitled "Telik Announces First Quarter 2004 Financial Results," which stated in relevant part:

- The ASSIST-2 trial, a multi-national Phase 3 registration trial of TELCYTA in non-small cell lung cancer (NSCLC), was initiated as planned. The trial is expected to enroll approximately 520 patients who are being randomized to TELCYTA treatment or to a control group receiving Iressa®, the approved third-line treatment for NSCLC.

- A Phase 1-2a clinical trial was initiated to evaluate the combination of TELCYTA and cisplatin in NSCLC patients who have not previously received chemotherapy.

- At the American Association of Cancer Research (AACR) 94th annual meeting, preclinical data were presented demonstrating that TELCYTA demonstrated synergy, or enhanced inhibition of cancer cell growth, in combination with a number of chemotherapeutic drugs, including platinums, taxanes, anthracyclines and EGFR targeted drugs.

- Also at the AACR meeting, data were reported showing that, in preclinical models, TELCYTA is non-cross resistant with taxanes, and that TELCYTA is capable of re-sensitizing cancer cells to taxanes after resistance is established.

DR. MICHAEL WICK, CHAIRMAN & CEO, Telik,          ...

Phase 3 trials follow the comprehensive successful Phase 2 clinical development program, now having treated hundreds of patients with thousands of doses, including two confirmatory single-agent trials, each in ovarian and non-small cell lung cancer, as well as trials in breast and colorectal cancer. Across these trials, TELCYTA has demonstrated significant anti-tumor activity, continued outstanding tolerability, and a favorable impact on survival, compared to expected, in those very advanced patients. We have previously reported data for these trials at ASCO and other scientific meetings, and now are in the process of publishing them in peer review journals.

22

***

The advantage to earlier stage patients has always been part of our clinical development program, but the very strong data has allowed us to accelerate that part of the program with the attendant acceleration of market opportunity and revenue. We will, of course, be certain that these trials do not compromise the execution of the current Phase 3 trial. Given (indiscernible) the design, we believe this trial could be advantageous also to Telik. and an NDA filing next year. There are many advantages to an accelerated broader development program for. TELCYTA that lead to a better regulatory and commercial package. The results from this trial will strengthen the case for favorable reimbursement. And together with the single-agent trials in third-line allow for the most efficient growth for TELCYTA in this clinical indication.

CYNTHIA BUTITTA, COO & CFO, Telik, NC.: Thanks, Mike. ... the opportunity for continued growth and value for our shareholders through the development of TELCYTA and Telintra is very significant. Since the last call we have initiated, as planned, the Phase 3 registration trials for single-agent TELCYTA in non-small cell lung cancer, and we also initiated a front-line non-small cell lung cancer trial using TELCYTA in combination with Cisplatin. Our guidance on timing for the Phase 3 trials remains unchanged. We have over 150 sites activated in the ovarian trial and we expect enrollment to be completed later this year. We also expect to complete accrual in the lung cancer trial within the year. Since both trials are event-driven, the timing for having results is not precisely predictable. We design these trials with interim looks to provide opportunities for accelerated approval, although we are prepared to complete the trials and anticipate filing the NDA in the second half of '05.

As Mike as described, we expect to open new combination studies with TELCYTA, including randomized, combination studies with open new combination studies with TELCYTA, including randomized, Phase 3 trial evaluating TELCYTA plus Carboplatin versus Topochican in ovarian cancer patients as a second-line setting by midyear. For the Telintra program, we expect to complete the ongoing trial in MDS patients and to advance the oral formulation of Telintra toward an INI) filing in the first half of '05.

***

JOEL SENDEK: Okay. You talked about the interim looks built into the other studies. Have you told us when you might -- when those interim looks are, if you will comment on that?

DR. MICHAEL WICK: It is very important for us to keeping the pristine (technical difficulty) nature of those trials in tact and their scientific integrity. We think it's important to offer our investors, or shareholders, every opportunity to participate in this. So this is a state-of-the-art trial, with all in scale points out the bells

23

and whistles. They include interim looks, independent data safety monitoring boards. Typically, these are based on fractions of events occurring. As you know, the endpoints are response rates, TTPN, and death, are the typical issues. And Cindy said earlier, we began the trial, but we'll only communicate with the street if any of those interim looks change in a material way our guidance for that trial, either in terms of size, of timing, or that's finished. Okay, and so far, none of those have occurred.

47.    On August 5, 2004, the Company issued a press release entitled "Telik Announces Second Quarter 2004 Financial Results," which stated, in relevant part:

American Society of Clinical Oncology (ASCO) Annual Meeting: At the ASCO meeting in June, Telik reported positive results from three Phase 2 trials of TELCYTA used in combination with standard chemotherapy: TELCYTA plus carboplatin in platinum refractory or resistant ovarian cancer; TELCYTA plus liposomal doxorubicin in platinum refractory or resistant ovarian cancer; and TELCYTA plus docetaxel in platinum resistant NSCLC.

**Phase 2 TELCYTA trial in front-line NSCLC:** Telik announced the initiation of a Phase 2 trial to evaluate TELCYTA in combination with carboplatin and paclitaxel in the front-line treatment of State IIIb or IV NSCLC. The trial is being conducted at teaching affiliates of the Harvard Medical School including the Dana-Farber Cancer Institute, Massachusetts General Hospital and Beth Israel Deaconess Medical Center. Thomas Lynch, M.D., Medical Director, Center for Thoracic Cancers, Massachusetts General Hospital and Associate Professor of Medicine, Harvard Medical School, is Principal Investigator of the study.

48.    On November 4, 2004, the Company issued a press release entitled "Telik Announces Third Quarter 2004 Financial Results," which stated in relevant part:

**10th Biennial International Gynecologic Cancer Society (IGCS) Meetings:** Telik reported data from two positive Phase 2 clinical trials of TELCYTA administered in combination with standard chemotherapy in platinum refractory or resistant ovarian cancer. The results included the following statements:

- **TELCYTA plus carboplatin in platinum refractory or resistant ovarian cancer:** a total of 53 patients have been enrolled in the trial, 27 of whom were evaluable for efficacy at the time of analysis. The objective response rate by RECIST is 54%, including 4 durable complete responses and 10 partial responses that have been independently reviewed. Objective responses were observed at all participating institutions including the Massachusetts General Hospital, Dana-Farber Cancer Institute and University of Texas M.D. Anderson Cancer Center. Based on these data, Telik plans to initiate the ASSIST-3 Phase 3 trial, to evaluate the combination of TELCYTA plus carboplatin versus Doxil in the second line treatment of platinum refractory or resistant ovarian cancer.

- **TELCYTA plus Doxil in platinum refractory or resistant ovarian cancer:** a total of 51 patients have been enrolled in the trial, including 12 treated in

24

a separate dose-escalation phase. At the time of analysis, 19 patients in Phase 2 were evaluable for efficacy. The objective response rate by RECIST is 42%, with eight partial responses that have been independently reviewed.

49.    On December 29, 2004, the Company announced that enrollment in ASSIST-1 was complete and that enrollment in ASSIST-3 was commencing. That day, the Company issued a press release entitled "Telik Completes Enrollment in ASSIST-1, Initiates ASSIST-3 and Reviews Status of ASSIST-2 Clinical Trials." The Company, in relevant part, stated the following:

Telik, Inc. (Nasdaq: TELK) announced the completion of enrollment for the ASSIST-1 clinical trial of 1ELCYTATM (TLK286), and the initiation of a new randomized Phase 3 trial of TELCYTA called ASSIST-3, in second line platinum refractory or resistant ovarian cancer.ASSIST-1 is a randomized Phase 3 study designed to enroll 440 women in the third line treatment of platinum refractory or resistant ovarian cancer. Enrollment is complete.

ASSIST-3 is a randomized Phase 3 study designed to enroll 244 women with 122 to be treated with the combination of TELCYTA plus carboplatin, and 122 to be treated with Doxil®. The trial endpoints are objective response rate, progression-free survival and overall survival. The study is based on a positive multicenter Phase 2 study of the combination of TELCYTA plus carboplatin in platinum refractory or resistant ovarian cancer, first presented at the annual meeting of the American Society of Clinical Oncology earlier this year and later updated at the Tenth Biennial International Gynecologic Cancer Society meeting. The initial participating institutions are the Harvard Affiliated Hospitals including the Massachusetts General Hospital, Dana-Farber Cancer Institute, Brigham and Women's Hospital, and Beth Israel Deaconess Medical Center.

ASSIST-2 is a randomized Phase 3 study designed to enroll 520 patients in the third line treatment of platinum resistant non-small cell lung cancer. Enrollment continues as planned and the company anticipates completion of enrollment in the first quarter of 2005.

50.    On January 24, 2005, the Company issued a press release entitled "Telik Announces Proposed Public Offering of Common Stock." Therein, the Company, in relevant part, stated as follows:

Telik, Inc. (Nasdaq: TELK) today announced that it plans to file a prospectus supplement with the Securities and Exchange Commission related to an underwritten offering of 5,000,000 shares of its common stock under an existing shelf registration statement. In connection with the offering, Telik expects to grant the underwriters a 30-day option to purchase up to 750,000 additional shares to

1    cover over-allotments, if any.

2    UBS Investment Bank is acting as the sole book-running manager in this offering. J.P.
3    Morgan Securities Inc. and Lehman Brothers are acting as co-managers.

4        51.    In connection with the Company's January 2005 Offering, the Company filed a

5    Prospectus (the "Prospectus") on January 28, 2005. That Prospectus indicated that the Company

6    now sought to sell 7 million shares of Telik stock for sale to the public at $18.75 per share, with

7    an underwriter over-allotment of an additional 1.05 million shares for sale. The Offering was a

8    financial success for the Company, as it generated over $150.9 million in gross proceeds.

9    Additionally, the Company, in relevant part, stated the following:

10       TELCYTA, our lead product candidate, is a small molecule tumor-activated
         cancer product candidate that binds to glutathione 5- transferase P1-1, or GST P1-1, a
11       protein that is elevated in many human cancers, such as ovarian, non-small cell lung,
         colorectal, breast and other types of cancer. GST P1-1 levels are often further
12       elevated following treatment with many standard chemotherapy drugs, and this
         elevation is associated with the development of resistance to these drugs. When
13       TELCYTA binds to GST P1-1 inside a cancer cell, a chemical reaction occurs,
14       releasing fragments of TELCYTA that cause programmed cancer cell death, or
         apoptosis.
15
16       TELCYTA has shown clinical antitumor activity alone and in combination in multiple
         Phase 2 clinical trials in refractory or resistant ovarian, non-small cell lung, breast
17       and colorectal cancer. Positive results from three combination trials were presented at the
         annual meeting of the American Society of Clinical Oncology in June 2004 and at the
18       Tenth Biannual International Gynecologic Cancer Society meeting in October 2004.

19                                               ***

20       TELCYTA has been evaluated in multiple clinical trials. Results from these
21       clinical trials indicate that TELCYTA is generally well-tolerated, with
         mostly mild to moderate side effects, particularly when compared to the side effects and
22       toxicities of standard chemotherapeutic drugs. This tolerability profile may be an
         important clinical advantage for TELCYTA. Since combination drug regimens are
23       commonly used in cancer treatment, the tolerability profile of TELCYTA and its lack
         of overlapping toxicities with standard chemotherapeutic drugs suggest TELCYTA may
24       be well suited for inclusion in combination chemotherapy regimens.

25                                               ***

26       We regularly review the progress of scientific and clinical research in important disease
27       areas to identify targets with commercial potential. By careful selection of targets, we
         intend to develop product candidates with a clear path to regulatory approval and the
28       potential to show early evidence of clinical efficacy. This strategy should allow us to

                                                 26

reduce the risk inherent in drug discovery and accelerate the commercialization of our product candidates.

52.    On February 24, 2005, the Company issued a press release entitled "Telik Announces Fourth Quarter and 2004 Year End Financial Results." Therein, the Company, in relevant part, stated the following:

> As of December 31, 2004, Telik had $138.6 million in cash, cash equivalents and investments including restricted investments, compared to $201.1 million at December 31, 2003. In February 2005, the company completed a follow-on public offering of 8,050,000 shares of its common stock, resulting in gross proceeds to the company of $150,937,500.
> Highlights during 2004 included:
>
> • Enrollment was completed in the ASSIST-1 Phase 3 clinical trial of TELCYTA for third-line platinum refractory or resistant ovarian cancer.
>
> • The ASSIST-2 Phase 3 clinical trial of TELCYTA was initiated for third-line platinum resistant non-small cell lung cancer.
>
> • A third Phase 3 clinical trial, ASSIST-3, was initiated using the combination of TELCYTA plus carboplatin for second-line platinum refractory or resistant ovarian cancer.
>
> • Positive results from three Phase 2 clinical trials for TELCYTA in combination with standard chemotherapy in ovarian and non-small cell lung cancer were reported at the American Society of Clinical Oncology annual meeting. Additional positive data from the ovarian cancer trials were reported at the International Gynecologic Cancer Society meeting.
>
> • Two additional Phase 2 clinical trials were initiated for TELCYTA, in the treatment of advanced non-small cell lung cancer patients who have not previously received chemotherapy. One of the trials is in combination with cisplatin, and the other is in combination with carboplatin and paclitaxel.
>
> • Preclinical results that support the advancement of TELCYTA clinical development to front-line and second-line treatment settings were reported at. the American Association for Cancer Research annual meeting.

53.    On May 5, 2005, the Company issued a press release entitled "Telik Announces Financial Results for 2005 First Quarter," which stated, in relevant part, the following:

> Recent highlights include TELCYTA preclinical presentations at the 96th annual meeting of the American Association for Cancer Research:

27

- Telik scientists reported that the combination of TELCYTA and carboplatin showed synergistic inhibition of cancer cell proliferation in vitro in both platinum resistant and platinum sensitive human ovarian cancer cells. These studies support the ongoing Phase 3 ASSIST-3 registration trial, in which the combination of TELCYTA and carboplatin is being evaluated in platinum refractory or resistant ovarian cancer in the second line setting.

- Studies were presented that describe the synergistic effects of doublet and triplet combinations of TELCYTA with platinum and taxane drugs as compared to the individual agents in human ovarian and non-small cell lung cancer cells. These data provide support for the two ongoing Phase 2 TELCYTA trials in the first line treatment of advanced non-small cell lung cancer. One trial is evaluating the combination of TELCYTA, carboplatin and paclitaxel. The second trial is evaluating the combination of TELCYTA and cisplatin. Preliminary data from the Phase 2 trials will be reported at the annual meeting of the American Society of Clinical Oncology (ASCO) later this month.

- A third report provided details on the TELCYTA-induced effects on cell cycle progression and apoptosis, or programmed cell death, consistent with its novel mechanism of targeted activation.

- In addition, Telik announced a collaboration with Stuart Aaronson, M.D., Professor and Chair, Oncological Sciences and Professor of Medicine at the Mount Sinai School of Medicine, and colleagues, to utilize Telik's proprietary TRAP drug discovery technology to discover and evaluate novel, pharmaceutically active small molecules for new cancer targets. This is one in a series of TRAP collaborations Telik has entered into with leading cancer research institutions to add to its pipeline of cancer drug candidates while expanding utilization of its TRAP technology.

54.    On August 4, 2005, the Company issued a press release entitled "Telik Announces Second Quarter 2005 Financial Results." During the conference call following the August 4, 2005 release, Defendants specifically evaded the dosage/safety question:

Jim Birchenough:   Okay, and then just one the recent combination data, have you yet seen any of those dose-limiting toxicities with the combination with taxol and carbo that you hadn't seen at ASCO and what are your thoughts with regards to the toxicity profile you've seen through Barcelona.

Michael Wick, Telik CEO: You are at ASCO when you saw the presentation there actually in the dose 1 and the Phase 1 presentation, actually much like the Phase 2 that we presented with taxol and carbo. We went the full monodose therapy of TELCYTA, if you recall we saw the CR at 400 milligrams meters, so we continued to treat now substantially more patients were quite pleased with the safety profile. We are going to explore several doses and we will comment on that at the appropriate time.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

55.    On February 9, 2006, the Company issued a press release entitled "Telik Announces Fourth Quarter and 2005 Year End Financial Results and 2006 Financial Guidance," which stated in relevant part the following:

2005 highlights included:

* The advancement of our lead product candidate, TELCYTA®, in three randomized Phase 3 registration trials and in two Phase 2 trials in first-line non-small cell lung cancer.

* The ASSIST-1 Phase 3 trial completed enrollment of 440 women with platinum refractory or resistant ovarian cancer in the third-line setting. The primary endpoint for ASSIST-1 is improvement in survival.

* A peer-reviewed publication describing the Phase 2 TELCYTA trial supporting the ASSIST-1 trial was published in the *International Journal of Gynecological Cancer.*

* The ASSIST-3 trial was initiated to evaluate the combination of TELCYTA plus carboplatin in second-line platinum refractory or resistant ovarian cancer. This trial is enrolling 244 women. The primary endpoint for ASSIST-3 is objective response rate as well as progression-free survival. The ASSIST-2 trial completed enrollment of 520 patients with platinum resistant non-small cell lung cancer in the third-line treatment setting. Improvement in survival is the primary endpoint of the ASSIST-2 trial.

* Positive interim data from the multicenter Phase 2 trial of TELCYTA administered in combination with the standard regimen of carboplatin and paclitaxel in first-line non-small cell lung cancer were reported at the 11th World Conference on Lung Cancer in July. This trial has been expanded to multiple sites and is intended to enroll approximately 100 patients.

* Positive interim data from the multicenter Phase 2 trial of TELCYTA administered in combination with cisplatin, also in first-line non-small cell lung cancer, were reported at the 41st annual meeting of the American Society of Clinical Oncology and at the 11th World Conference on Lung Cancer.

* Preclinical data demonstrating the ability of TELCYTA to resensitize platinum-resistant human ovarian cancer cells to platinum were reported at the American Association for Cancer Research 96th annual meeting. These data provided scientific rationale for the ASSIST-3 trial design.

* Preclinical data describing the synergistic inhibitory effects of both doublet and triplet combinations of TELCYTA with platinum and taxane drugs as compared to the individual agents in human ovarian and non small cell lung cancer cells were presented at the American Association of Cancer

29

1    Research 96th annual meeting. These data provided scientific support for the Phase 2 first-line non-small cell lung cancer trials.

2

3    56.    On May 4, 2006, the Company issued a press release entitled "Telik Announces

4    Financial Results for 2006 First Quarter," which stated, in relevant part, the following:

5       •   Completion of ASSIST-3 enrollment: Telik announced the completion of planned enrollment for the ASSIST-3 trial, a Phase 3 trial evaluating the combination of
6           TELCYTA plus carboplatin to treatment with Doxil in women with platinum refractory or resistant ovarian cancer.
7

8       •   TELCYTA presentation at the 97th annual meeting of the American Association for Cancer Research: Telik reported positive preclinical results with its lead
9           cancer   product   candidate,   TELCYTA   (TLK286),   that   support
10          TELCYTA's unique mechanism of targeted activation in cancer cells and the synergy observed when TELCYTA is administered in combinations with
11          platinum-based chemotherapeutic drugs.  On August 3, 2006, the Company issued a press release entitled "Telik Announces Quarterly Financial Release, Conference
12          Call and Webcast." Therein, the Company, in relevant part, stated the following:

13          Developments during the second quarter of 2006 included:

14      •   Initiation of the ASSIST-5 Phase 3 clinical trial, which will compare
15          treatment with the combination of TELCYTA and liposomal doxorubicin to treatment with liposomal doxorubicin alone in women with platinum
16          refractory or resistant ovarian cancer in the second line setting.

17      •   Completion of patient enrollment in the ASSIST-3 Phase 3 clinical trial, which will compare treatment with the combination of TELCYTA and
18          carboplatin to treatment with liposomal doxorubicin, also in the
19          second line setting in women with platinum refractory or resistant ovarian cancer.

20      •   Completion of patient enrollment in the ASSIST-3 Phase 3 clinical trial, which
21          will compare treatment with the combination of TELCYTA and carboplatin to treatment with liposomal doxorubicin, also in the
22          second line setting in women with platinum refractory or resistant ovarian cancer.

23

24                          **THE TRUTH IS REVEALED**

25      57. On December 26, 2006, the Company issued a press release entitled "Telik Reports

26    Preliminary Results on ASSIST-1, ASSIST-2 and ASSIST-3 Phase 3 Clinical Trials." This

27    press release disclosed that all three of the Company's TELCYTA clinical trials had failed. The

28    press release, in relevant part, stated the following:

                                      30

Telik, Inc. (Nasdaq: TELK) announced preliminary results from three separate Phase 3 clinical trials of its investigational drug TELCYTA (TLK2 86, canfbsfami de HC1).

### Non-Small Cell Lung Cancer ASSIST-2 Trial

The ASSIST-2 trial, a 520 patient multinational, randomized study designed to evaluate TELCYTA as compared to gefitinib in the third-line therapy of advanced non-small cell lung cancer, *did not achieve a statistically significant improvement in overall survival,* the primary endpoint.

### Platinum Refractory or Resistant Ovarian Cancer ASSIST-1 Trial

The ASSIST-1 trial, a 440 patient multinational, randomized study designed to evaluate TELCYTA as compared to the active control agents liposomal doxorubicin or topotecan in the third-line therapy of platinum resistant ovarian cancer, did not achieve its primary endpoint of demonstration a statistically significant improvement in overall survival for TELCYTA as compared to the active controls. While the preliminary analysis revealed a number of internal inconsistencies that need to be further investigated, resolution of these inconsistencies may not change the preliminary results.

### ASSIST-3 Trial

The ASSIST-3 trial, a 244 patient randomized trial conducted in the U.S., was designed to demonstrate a statistically significant improvement in overall tumor response to the combination of TELCYTA plus carboplatin compared to liposomal doxorubicin in the second-line treatment of platinum resistant ovarian cancer. Under the trial protocol, patients were to have received treatment until tumor progression or unacceptable toxicity. However, a major discordance was observed between the clinical review of the tumor scans and the independent radiology review. Approximately 25% of the patients were discontinued prematurely from the assigned study treatment as judged by the independent review of the scans. Therefore, the company believes the trial was compromised and may not be suitable for a regulatory submission. The company plans to meet with advisors to review the results and also to determine if any changes should be made to the protocol and/or trial conduct procedures for the ongoing ASSIST-5 trial.

58.    On this news, shares of the Company's stock dropped $11.49 per share, or over 70.6 percent, to close on December 26, 2006 at $4.77 per share, on unusually heavy trading volume. While this news shocked the market, the Individual Defendants caused the Company to conceal some of the negative clinical trial results.

31

1         59.     On February 22, 2007, the Company continued its pattern of concealment by

2    issuing a materially misleading press release announcing its Q4 and FY 2006 financial results.

3    There is no mention in that press release of the Phase 3 Clinical Trial results of TELCYTA that

4    had been revealed on December 26, 2006. Despite having a clear duty to update its historical

5    statements to correct the material misleading nature of the statements concerning the safety

6    of TELCYTA in the Phase 3 Clinical Trial, the Company remained silent.

7         60.     On February 28, 2007, the Company filed its FY 2006 Form 10-K with the

8    SEC. The Form 10-K was materially misleading because the results of the TELCYTA

9    Phase 3 Clinical Trials revealed on December 26, 2006, demonstrated it to be unsafe to patients

10   as compared to the control group and also demonstrated that TELCYTA not only did not meet

11   one of its primary endpoints of statistically significant improvement of overall survival, but

12   rather demonstrated results that would significantly harm overall survival. The Form 10-K

13   states in relevant part:

> On December 26, 2006 we announced preliminary results from our first three randomized TELCYTA Phase 3 registration trials. The following summarizes the preliminary results of those trials:
>
> ASSIST-1 is a 440 patient multinational, randomized Phase 3 trial designed to evaluate TELCYTA as compared to the active control agents liposomal doxorubicin or topotecan in the third-line therapy of platinum resistant ovarian cancer, The ASSIST-1 trial did not achieve the primary endpoint of demonstrating a statistically significant improvement in overall survival for TELCYTA as compared to the active controls. While the preliminary analysis revealed a number of internal inconsistencies that need to be further investigated, resolution of these inconsistencies may not change the preliminary results.
>
> ASSIST-2 is a 520 patient multinational, randomized Phase 3 trial designed to evaluate TELCYTA as compared to gefitinib in the third-line therapy of advanced non-small cell lung cancer. The ASSIST-2 trial did not achieve the primary endpoint of demonstrating a statistically significant improvement in overall survival for TELCYTA as compared to the active control.
>
> ASSIST-3 is a 244 patient randomized Phase 3 trial conducted in the U.S. designed to demonstrate a statistically significant improvement in overall objective response rate with the combination of TELCYTA plus carboplatin compared to liposomal doxorubicin in the second- line treatment of platinum resistant ovarian cancer. Under the trial protocol, patients were to have received treatment until tumor progression or unacceptable toxicity However, a major discordance was observed between the clinical review of the tumor scans and the independent radiology review.

32

1    Approximately 25% of the patients were discontinued prematurely from the assigned study treatment as judged by the independent review of the scans. Therefore, we believe
2    the trial was compromised and may not be suitable for a regulatory submission.

3    Objective tumor responses were observed on the investigational arms
4    containing TELCYTA in all three trials based on the prospective central blinded independent radiology review. Preliminary analysis of the safety data from the
5    ASSIST-1 and ASSIST-2 trials, in which TELCYTA was administered as monotherapy, indicates that TELCYTA was generally well-tolerated. TELCYTA
6    treatment was associated with mild to moderate nausea, vomiting and fatigue. Preliminary analysis of the safety data from the ASSIST-3 trial, combining
7    TELCYTA plus carboplatin, demonstrated toxicities expected of each drug alone
8    and no unexpected or cumulative toxicities were reported. Further analyses of each of these trials are underway.
9
10    61.    The Form 10-K also touted the Company's Phase 3 Assist-5 clinical trial.

11    The Form 10-K was signed and certified pursuant to the Sarbanes-Oxley Act of 2002 ("SOX")

12    by Defendants Wick and Butitta.  It states in relevant part:

13    ASSIST-5 is a 244 patient, multinational randomized Phase 3 trial initiated in May 2006,
14    evaluating TELCYTA in combination with liposomal doxorubicin versus liposomal doxorubicin as second line therapy in platinum refractory or resistant ovarian cancer.
15    Enrollment is ongoing in this trial.

16    62.    Thereafter, on April 17, 2007, the Company issued a release entitled "Telik

17    Reports Positive Data Demonstrating Synergy in Combination and High Statistically Significant

18    Effect of TELCYTA as Maintenance Therapy in First-Line Non-Small Cell Lung Cancer." The

19    press release stated in relevant part:
20
21    Telik, Inc. announced the presentation today of results from a Phase 2 clinical trial of the
      triplet combination of TELCYTA® (canfosfamide HCl, TLK286) carboplatin
22    and paclitaxel in the first-line treatment of advanced non-small cell lung cancer. The
      results include highly statistically and clinically significant improvement in
23    both progression-free survival and overall survival in responding patients who received
      TELCYTA maintenance therapy as compared with those who did not receive
24    TELCYTA maintenance therapy. The data were presented at the 98th annual meeting
      of the American Association for Cancer Research (AACR) in Los Angeles. The triplet
25    combination was generally well-tolerated at all TELCYTA doses evaluated,
      with toxicities similar to those expected with each drug alone. There were no new,
26    unexpected or cumulative toxicities. TELCYTA maintenance therapy was, as
      expected, well-tolerated, with Grade 1 or 2 toxicities observed in fewer than 5% of
27    patients.
28

33

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

"Many approaches to maintenance therapy following first-line treatment for advanced non-small cell lung and ovarian cancer have been evaluated, with most adding little to efficacy while exposing patients to ongoing risks from toxic chemotherapy," said Gail L. Brown, M.D., senior vice president and chief medical officer. "The safety profile and clinical activity of TELCYTA, both in combination with carboplatin and paclitaxel and as monotherapy, suggest a potential role for this investigational agent as part of first-line combination treatment and as single agent maintenance therapy of non-small cell lung cancer. We will review these results with our expert advisors to discuss plans to expeditiously advance the TELCYTA program toward registration."

63.     On May 3, 2007, the Company issued a press release announcing its Q1 2007 financial results. The Press release touted the Company's TELCYTA Phase II Clinical trial. On May 3, 2007, the Company issued a release entitled "Telik Announces First Quarter 2007 Financial Results." The release stated in relevant part:

Telik also reviewed data presented at the recent American Association for Cancer Research (AACR) 98th annual meeting:

- Positive data were reported from a multicenter Phase 2 trial of TELCYTA in combination with carboplatin and paclitaxel in the first-line treatment of advanced non-small cell lung cancer. One-hundred twenty-nine patients were enrolled for a planned four to six cycles of triplet combination therapy, followed by optional TELCYTA maintenance therapy for those patients with ongoing clinical benefit (objective response or stable disease) at the completion of combination therapy. In the intent-to-treat population, the objective response rate was 34.1% and the overall disease stabilization rate was 77.5%. The median progression-free survival was 4.9 months and median survival was 9.6 months.

- Of the 100 patients (77.5%) with objective response or stable disease, 50 patients received TELCYTA maintenance therapy and 50 patients did not receive TELCYTA maintenance therapy. The two groups were well-balanced for patient demographics, key non-small cell lung cancer disease characteristics and prognostic factors, except for ECOG performance status, which favored the non-maintenance group. Median progression-free survival in the patients receiving 1ELCYTA maintenance therapy was 6.9 months, compared with 4.2 months in those not received TELCYTA maintenance therapy (p<0.0001, HR 0.36). Median survival in the TELCYTA maintenance group was 14.2 months compared with 8.4 months in those not receiving TELCYTA maintenance therapy (13=0.0003, HR 0.40). Outcomes were similar whether the patients had objective tumor response or stable disease.

- A series of preclinical studies focused on the cellular and molecular correlates of synergistic cancer cell growth inhibition by TELCYTA, carboplatin and paclitaxel alone and in different combinations in human lung cancer cells. These studies

34

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

support the Phase 2 trial of TELCYTA in combination with carboplatin and paclitaxel reported at the AACR meeting.

• A separate series of preclinical studies evaluated the anti-angiogenic effects of TELCYTA with and without bevacizumab, demonstrating that TELCYTA can potentially be a potent inhibitor of human endothelial cell proliferation. Further, the combination of TELCYTA and bevacizumab produced significantly enhanced inhibition of endothelial cell proliferation and capillary tubule formation. These studies suggest the potential for TELCYTA use in combination with bevacizumab and other anti-angiogenic agents.

64.    However, the above press release fails to mention whatsoever the Phase III Clinical Trial results of TELCYTA that had been revealed on December 26, 2006. Despite having a clear duty to update its historical statements to correct the misleading nature of the statements concerning the safety of TELCYTA in the Phase III Clinical Trial, the Company did not and remained silent.

65.    On May 4, 2007, the Company filed its Q1 2007 quarterly report on Form 10-Q with the SEC. The Form 10-Q was materially misleading because the results of the TELCYTA Phase III Clinical Trials demonstrated it to be unsafe to patients as compared to the control group and also showed that TELCYTA not only did not meet one of its primary endpoints of statistically significant improvement of overall survival but rather demonstrated results that would significantly harm overall survival. The Form 10-K states in relevant part the following information:

Clinical Status

TELCYTA, our lead product candidate, is a small molecule tumor- activated cancer product candidate that we are evaluating initially to treat cancers that are resistant to standard chemotherapy drugs. On December 26, 2006, we announced preliminary results from our first three randomized TELCYTA Phase 3 registration trials, known as the ASSIST trials. The following summarizes the preliminary results of those trials:

ASSIST-I is a 440 patient multinational, randomized Phase 3 trial designed to evaluate TELCYTA as compared to the active control agents liposomal doxorubicin or topotecan in the third-line therapy of platinum resistant ovarian cancer. The ASSIST-1 trial did not achieve the primary endpoint of demonstrating a statistically significant improvement in overall survival for TELCYTA as compared to the active controls. While the preliminary analysis revealed a number of internal inconsistencies that need to be further investigated, resolution of these inconsistencies may not change the preliminary results.

ASSIST-2 is a 520 patient multinational, randomized Phase 3 trial designed to evaluate TELCYTA as compared to gefitinib in the third- line therapy of advanced non-small cell

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1   lung cancer. The ASSIST-2 trial did not achieve the primary endpoint of demonstrating a
2   statistically significant improvement in overall survival for TELCYTA as compared
    to the active control.

3   ASSIST-3 is a 244 patient randomized Phase 3 trial conducted in the U.S. designed to
4   demonstrate a statistically significant improvement in overall objective response rate
    with the combination of TELCYTA plus carboplatin compared to liposomal
5   doxorubicin in the second-line treatment of platinum resistant ovarian cancer. Under the
6   trial protocol, patients were to have received treatment until tumor progression or
    unacceptable toxicity. However, a major discordance was observed between the
7   clinical review of the tumor scans and the independent radiology review.
    Approximately 25% of the patients were discontinued prematurely from the assigned
8   study treatment as judged by the independent review of the scans. Therefore, we believe
9   the trial was compromised and may not be suitable for a regulatory submission.

10  Objective tumor responses were observed on the investigational arms
    containing TELCYTA in all three trials based on the prospective central blinded
11  independent radiology review. Preliminary analysis of the safety data from the
12  ASSIST-1 and ASSIST-2 trials, in which TELCYTA was administered as
    monotherapy, indicates that TELCYTA was generally well-tolerated. TELCYTA
13  treatment was associated with mild to moderate nausea, vomiting and fatigue.
    Preliminary analysis of the safety data from the ASSIST-3 trial, combining
14  TELCYTA plus carboplatin, demonstrated toxicities expected of each drug alone and
    no unexpected or cumulative toxicities were reported. Further analyses of each of these
15  trials are underway.

16      66.    The 10-Q was signed by Defendant Butitta and certified pursuant to SOX by

17  Butitta and Wick.  It also touted other clinical trials of TELCYTA:

18      We also have a 244 patient, multinational randomized Phase 3 clinical trial, ASSIST-5,
19      initiated in May 2006, evaluating TELCYTA in combination with liposomal doxorubicin
        versus liposomal doxorubicin as second line therapy in platinum refractory or resistant
20      ovarian cancer. Enrollment is ongoing in this trial.  In addition, we have conducted two
        Phase 2 clinical trials of TELCYTA for the treatment of Stage Mb or IV non-small
21      cell lung cancer for patients who have not previously received chemotherapy. One
        clinical trial is in combination with cisplatin, and the other clinical trial is in combination
22      with carboplatin and paclitaxel. Platinum and taxane-based drug combinations are the
23      current standard for the front-line chemotherapy of lung and ovarian cancer. In April
        2007 we announced that results from the Phase 2 clinical trial of TELCYTA in
24      combination with carboplatin and paclitaxel include statistically and clinically
        significant improvement in both progression-free survival and overall survival in
25      responding patients who received TELCYTA maintenance therapy as compared with
        those who did not receive TELCYTA maintenance therapy.
26

27                  **THE STOCK PRICE OF TELIK DRASTICALLY FALLS**

28      67.    On June 3, 2007, the Company released the results of its ASSIST-1 trial at the

                                        36
                    VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1  annual meeting of ASCO. In stark contrast to the Company's prior statements, the Company

2  revealed for the first time that participants in the study group actually *died sooner* when they

3  used TELCYTA – an average of five months sooner – than those who did not receive the drug.

4  At that annual ASCO meeting, the Company finally released the data underlying the results

5  of its ASSIST-1, 2 and 3 clinical trials for TELCYTA, which had been disclosed in

6  December 2006. While the Company had disclosed on December 26, 2006, that one of the

7  clinical trials – dubbed ASSIST-1 – had failed to show that TELCYTA could improve the

8  overall survival of women with advanced ovarian cancer compared to currently approved drugs,

9  defendants had continued concealing until the ASCO meeting – more than five months later –

10 just how poorly TELCYTA performed in the ASSIST-1 study. The women treated with

11 TELCYTA died more than five months faster on the drug than off it. The median survival time

12 for women in the TELCYTA arm of ASSIST-1 was 8.5 months. The women in the control

13 arm of the study treated with the approved drugs doxorubicine or topetecan reported a

14 median survival time of 13.6 months. This negative survival effect of TELCYTA was

15 statistically significant by a wide margin, which means that, statistically speaking, it was

16 TELCYTA and not random chance that caused these women to die faster.

17      68.     In the Company's June 3, 2007 press release, the Company, in relevant part,

18 revealed the following:

19      Telik, Inc. (Nasdaq: TELK) reported results of the TELCYTA (canfosfamide HC1,
        TLK286) ASSIST-1 trial today at the 43 rd annual meeting of the American Society of
20      Clinical Oncology (ASCO).

21      The Phase 3, international, randomized, active control study enrolled 461 women with
        advanced, platinum refractory or resistant ovarian cancer whose disease had
22      progressed following first-line platinum-based therapy and second-line treatment with
        either liposomal doxorubicin or topotecan. Two hundred thirty-two women were
23      randomized to TELCYTA treatment and 229 women were randomized to treatment
        with one of the active control drugs (pegylated liposomal doxorubicin (PLD) or
24      topotecan), depending upon their second-line treatment. The two arms of the study
        were balanced for key ovarian cancer disease characteristics, platinum refractory or
25      resistant status, and other prognostic or predictive factors.
26
27      The trial did not meet the primary endpoint of demonstrating superiority in
        overall survival or the secondary endpoint of demonstrating superiority in
28      progression-free survival on the TELCYTA arm as compared with the active

control arm. Median survival on the TELCYTA arm was 8.5 months compared with 13.6 months on the active control arm (p<0.01). Median progression-free survival was 2.3 months on the TELCYTA arm compared with 4.3 months on the active control arm.

The performance of the drugs on the active control arm, PLD or topotecan, was unexpected based on reported data, and no known prognostic or predictive factors accounted for this result. In addition, patients treated with PLD tended to have superior overall survival as compared with patients treated with topotecan, also an unexpected result as published reports suggest that survival outcomes in platinum refractory or resistant ovarian cancer patients are similar for both agents.

69.    Also on June 3, 2007, the Company issued a press release entitled "Telik Reports Results of TELCYTA ASSIST-3 Trial." Therein, the Company, in relevant part, stated the following:

Telik, Inc. (Nasdaq: TELK) reported results of the TELCYTA (canfosfamide HC1, TLK286) ASSIST-3 trial today at the 43 rd annual meeting of the American Society of Clinical Oncology (ASCO).

The Phase 3, randomized, active control study enrolled 247 women with advanced, platinum refractory or resistant ovarian cancer whose disease had progressed following first-line platinum-based therapy. One hundred twenty-three women were randomized to treatment with the combination of TELCYTA and carboplatin and 124 women were randomized to treatment with pegylated 1 liposomal doxorubicin (PLD). The two arms of the study were balanced for key ovarian cancer disease characteristics, platinum refractory or resistant status, and other prognostic or predictive factors. All patients had platinum refractory or resistant disease, with a platinum-free interval (PFI, from the date of last treatment with platinum-based chemotherapy to the date of documented disease progression) of six months or less.

Patients were treated until disease progression, as determined by radiologic evaluations at each site, or unacceptable toxicity. A central, blinded independent radiology review also was conducted.

Assessment of the primary endpoint, objective response rate by RECIST, may have been compromised because approximately 25% of patients were prematurely discontinued from the study for disease progression, as assessed by the independent radiology review. Median progression-free survival, the secondary endpoint of the trial, assessed by independent radiology review, was 3.5 months on both arms.

As expected with a platinum-containing regimen, there were more hematologic toxicities on the TELCYTA plus carboplatin arm as compared with the PLD arm. These toxicities were well managed with growth factor support or dose reductions as clinically appropriate. Febrile neutropenia occurred only on the PLD arm. Non-hematologic toxicities were more common on the PLD arm, also as expected. Patient-reported quality of life outcomes consistently favored the TELCYTA plus carboplatin arm over the PLD arm, although the differences were not

1    statistically significant.

2    A multivariate analysis of prognostic factors was conducted including all prespecified patient characteristics and stratification factors. There were statistically significant
3    differences between the two arms of the study in patients who had a drug-free period (DFP, from the date of last treatment with any anticancer treatment to the first study
4    treatment) of greater than or equal to six months. Thirty-eight patients, 19 on each arm, had a DFP of six months or more. In this group, median progression-free survival
5    was 3.5 months on the PLD arm versus not yet reached on the TELCYTA plus carboplatin arm. Median survival was 11.1 months on the PLD arm versus not
6    yet reached on the TELCYTA plus carboplatin arm. The objective response rate (as assessed by the independent radiology review) was 31.6% on the TELCYTA plus
7    carboplatin arm, as compared with 10.5% on the PLD arm.
8

9    70.    Then, on the evening of June 4, 2007, after the close of trading, the

10   Company announced the FDA had ordered it to immediately cease all clinical trials of

11   TELCYTA because data showed the drug hastened the deaths of women with

12   advanced ovarian cancer. Simultaneously, Telik stated that no new patients would be

13   enrolled on TELCYTA clinical trials, and that no patients currently being treated on the trials

14   would receive additional treatment until the FDA releases the clinical hold. That clinical hold

15   was initiated by the FDA following the presentation of TELCYTA Phase 3 clinical trial results.

16   The effect of this clinical hold stopped new patient enrollment in TELCYTA clinical trials, and

17   the Company was prohibited from administering additional doses of the drug to those patients

18   already enrolled in the trials. In an associated press release, the Company, in relevant part,

19   stated:

20   Telik, Inc. (Nasdaq: TELK) announced that the U.S. Food and Drug Administration (FDA) has placed a clinical hold on the Investigational New Drug (JND) application
21   for TELCYTA® (canfosfamide HC1). The clinical hold was initiated by FDA following the presentation of TELCYTA Phase 3 clinical trial results at the
22   annual meeting of the American Society of Clinical Oncology.
23
     No new patients will be enrolled on TELCYTA clinical trials, and no patients
24   currently being treated on the trials will receive additional treatment until the FDA releases the clinical hold. Telik plans to submit to the FDA additional detailed
25   safety and other information regarding TELCYTA and meet with the FDA regarding the clinical hold as soon as possible.
26

27   71.    The cumulative result of these materially misleading statements was to

28   artificially inflate Telik's stock price during the Relevant Period. When, on

39

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1  December 26, 2006, the Company was forced to reveal that TELCYTA had failed in all three

2  arms of its final clinical testing – showing no efficacy in two of the three arms and

3  impermissibly dirty clinical data in two of the three arms – the Company's stock plunged

4  70% in a single trading session – falling from over $16 per share to below $5 per share on

5  more than 33 times the previous 30 days' average daily trading volume and erasing

6  more than $600 million in market value. The Company's stock price declined another 20%

7  on June 3, 2007, when it disclosed that the ovarian cancer of the TELCYTA trial failed – with

8  Telik again disclosing that the results had been compromised and subjects were improperly

9  released early, tainting the data. Following the Company's announcement on the evening of June

10  4, 2007 that the FDA had ordered them to halt the clinical trials of TELCYTA, shares of

11  the Company's stock declined an additional 41 percent, to close on June 5, 2007 at $3.42 per

12  share, on unusually heavy trading volume.

**DEMAND IMPROPERLY DENIED ALLEGATIONS**

14      72.    Plaintiff brings this action derivatively in the right and benefit of Telik to redress

15  injuries suffered and to be suffered by Telik as a result of the breaches of fiduciary duty by the

16  Individual Defendants.

17      73.    Plaintiff will adequately and fairly represent the interests of Telik and its

18  shareholders in enforcing and prosecuting its rights.

19      74.    Plaintiff is the owner of Telik common stock and was an owner of Telik at times

20  relevant to the Individual Defendants' wrongful course of conduct alleged herein.

21      75.    On August 21 2007, Plaintiff, through counsel, made demand on Telik's Board to

22  investigate Plaintiff's allegations ("Demand Letter") set forth in detail herein.  In a letter dated

23  September 14, 2007, William P. Kaplan, Vice President, General Counsel and Corporate

24  Secretary advised Plaintiff that the Board's response to Plaintiff's Demand Letter will follow in

25  due course after the Board has a reasonable time to review the allegations and consult with

26  advisors.  Mr. Kaplan also requested that Plaintiff provide supplemental information to the

27  Board.

28

40

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1    76.    By letter dated September 28, 2007, Plaintiff provided supplemental information

2   to the Board as requested.  Plaintiff also requested to meet with the independent Board members

3   who were investigating his allegations.   Plaintiff also requested, subject to a confidentiality

4   agreement, all information the Board had developed as well as notes from interviews the Board

5   had conducted in its investigation.

6    77.    Over almost four (4) months later, Plaintiff has yet to receive any further

7   response to his request despite Plaintiff's continued interest in this litigation.  This illustrates a

8   failure by the alleged independent directors to conduct a meaningful investigation into the

9   allegations as set forth within Plaintiff's demand letter.

10    78.    At the time demand was made, the Board consisted of seven members:

11  Defendants Cantrall, Frick, Goldring, Gray, Morzé, Newman, Ryser, and Wick.  All of these

12  individuals have been named as Defendants herein.  The refusal of independent Board members

13  to meet with Plaintiff or to provide information requested by Plaintiff, particularly in light of the

14  damage suffered by the Company, evidences a lack of a good faith exercise of its business

15  judgment.

16    79.    Telik has expended and will continue to expend significant sums of money as a

17  result of the illegal and improper actions described above. Such expenditures will include, but

18  are not limited to:

19    a.    Costs incurred to carry out internal investigations, including accounting fees and
          legal fees paid to outside counsel and experts; and
20

21    b.    Costs and legal fees for defending Telik and the Individual Director Defendants
          against securities class action litigation arising from illegal and improper
22        conduct alleged herein.

23
                        **FIRST CAUSE OF ACTION**
24
                       **Against Individual Defendants**
25                     **for Breach of Fiduciary Duty**

26
27    80.    Plaintiff incorporates by reference and realleges each and every allegation set

28  forth above as if set forth fully herein.

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1    81.    The Individual Defendants owed and owe Telik fiduciary obligations. By reason

2 of their fiduciary relationships, the Individual Defendants owed and owe Telik the highest

3 obligation of good faith, fair dealing, loyalty and due care.

4    82.    The Individual Defendants, and each of them, violated and breached their

5 fiduciary duties of care, loyalty, reasonable inquiry, oversight, good faith and supervision.

6    83.    The Individual Defendants had actual or constructive knowledge that they had

7 caused the Company to improperly misrepresent the financial condition and business prospects

8 of the Company and failed to correct the Company's publicly reported financial results and

9 guidance. Moreover, the Individual Defendants completely abdicated their fiduciary duties to

10 the Company by failing to implement internal financial controls that would have prevented the

11 wrongdoing alleged herein. These actions could not have been a good faith exercise of prudent

12 business judgment to protect and promote the Company's corporate interests.

13    84.    As a direct and proximate result of the Individual Defendants' failure to perform

14 their fiduciary obligations, Telik has sustained significant damages. As a result of the

15 misconduct alleged herein, the Individual Defendants are liable to the Company.

16                    **SECOND CAUSE OF ACTION**

17                 **Against The Individual Defendants**
                      **for Abuse of Control**
18

19    85.    Plaintiff incorporates by reference and realleges each and every allegation set

20 forth above as if set forth fully herein.

21    86.    The Individual Defendants' misconduct alleged herein constituted an abuse of

22 their ability to control and influence Telik, for which they are legally responsible.

23    87.    As a direct and proximate result of the Individual Defendants' abuse of control,

24 Telik has sustained significant damages.

25    88.    As a result of the misconduct alleged herein, the Individual Defendants are liable

26 to the Company.

27                    **THIRD CAUSE OF ACTION**

28                 **Against The Individual Defendants**
                    **for Gross Mismanagement**

                              42
─────────────────────────────────────────
VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

89.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as if set forth fully herein.

90.     By their actions alleged herein, the Individual Defendants, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and fiduciary duties with regard to prudently managing the assets and business of Telik in a manner consistent with the operations of a publicly held corporation.

91.     As a direct and proximate result of the Individual Defendants' gross mismanagement and breaches of duty alleged herein, Telik has sustained significant damages in excess of millions of dollars.

92.     As a result of the misconduct and breaches of duty alleged herein, the Individual Defendants are liable to the Company.

**FOURTH CAUSE OF ACTION**

**Against The Individual Defendants**
**for Waste of Corporate Assets**

93.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as if set forth fully herein.

94.     As a result of the Individual Defendants' improper conduct and by failing to properly consider the interests of the Company and its public shareholders by failing to conduct proper supervision, Individual Defendants have caused Telik to waste valuable corporate assets by exposing the Company to potentially millions of dollars of legal liability and/or legal costs to defend the Director Defendants' unlawful actions.

95.     As a result of the waste of corporate assets, the Individual Defendants are liable to the Company.

**FIFTH CAUSE OF ACTION**

**Against The Individual Defendants**
**for Unjust Enrichment**

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

96.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as if set forth fully herein.

97.     By their wrongful acts and omissions, the Individual Defendants were unjustly enriched at the expense of and to the detriment of Telik.

98.     Plaintiff, as a shareholder and representative of Telik, seeks restitution from the Individual Defendants, and seeks an order of this Court disgorging all profits, benefits and other compensation obtained by the Individual Defendants, from their wrongful conduct and breaches of fiduciary duties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     Against the Individual and Director Defendants and in favor of the Company for the amount of damages sustained by the Company as a result of the Individual and Director Defendants' breaches of fiduciary duties, abuse of control, gross mismanagement, waste of corporate assets and unjust enrichment, including attorney fees, accounting fees, investigation expenses and other costs and expenses incurred in connection with the securities class action lawsuits;

B.     Awarding to Telik restitution from the Individual and Director Defendants, and each of them, and ordering disgorgement of all profits, benefits and other compensation obtained by these Individual and Director Defendants;

C.     Awarding to Plaintiff the costs and disbursements of the action, including

D.     reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses; and

//

//

//

//

//

//

44

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

1    E.    Granting such other and further relief as the Court deems just and proper.

2                              **JURY DEMAND**

3 Plaintiff demands a trial by jury.

4 DATED: January 29, 2008                    Respectfully Submitted,

5                                            **GREEN WELLING LLP**

6

7                                            By: _Robert S. Green_
                                                 Robert S. Green
8

9                                            595 Market Street, Suite 2750
                                             San Francisco, CA 94105
10                                           Telephone:  (415) 477-6700
                                             Facsimile:  (415) 477-6710
11
                                             William B. Federman
                                             **FEDERMAN & SHERWOOD**
12                                           10205 N. Pennsylvania Ave.
                                             Oklahoma City, OK  73120
13                                           Telephone:  (405) 235-1560
                                             Facsimile:  (405) 239-2112
14                                           _wfederman@aol.com_

15                                           Counsel for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

## VERIFICATION

I, Emmanuel Goldberg, declare that I have reviewed the Complaint ("Complaint") prepared on behalf of Telik, Inc. and I authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder of Telik, Inc. common stock.


8/01/2008
Date


Emmanuel Goldberg, Investor