Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
*wfederman@aol.com*

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL GOLDBERG, Derivatively, on behalf of Nominal Defendant TELIK, INC.)<br><br>Plaintiff,<br><br>v.<br><br>GAIL L. BROWN, CYNTHIA M. BUTITTA, EDWARD W. CANTRALL, ROBERT W. FRICK, STEVEN R. GOLDRING, REINALDO F. GOMEZ, MARY ANN GRAY, PAUL M. MENDELMAN, HERWIG VON MORZÉ, RICHARD B. NEWMAN, STEFAN RYSER, MARC L. STEUER, and MICHAEL WICK,<br>Defendants.<br><br>and<br><br>TELIK, INC.,<br><br>Nominal Defendant. | Case No. C08-0690 HRL<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Party Served:<br><br>William K. Kaplan<br>TELIK, INC.<br>3165 Porter Drive<br>Palo Alto, CA 94304-1213 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Robert S. Green, 136183 GREEN & WELLING, LLP 595 Market Street San Francisco, CA 94105 | TELEPHONE NO.: (415) 477-6700 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. telk | |
| Insert name of court, judicial district or branch court, if any: United States District Court 450 Golden Gate Avenue San Francisco, CA 94102 | | |
| PLAINTIFF: Emmanuel Goldberg | | |
| DEFENDANT: Gail Brown, et al. and Telik, Inc. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C080690HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
ECF Registration Information Handout, Drop Box Filing Procedures, Summons, Order Setting Initial Case Management Conference and ADR deadlines, Verified Shareholder Derivative Complaint

2. Party Served: Telik, Inc.

3. Person Served: William P. Kaplan - Person authorized to accept service of process

4. Date & Time of Delivery: February 5, 2008 1:48 pm

5. Address, City and State: 3165 Porter Drive
Palo Alto, CA 94304-1213

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 95.00

Registered California process server.
County: ALAMEDA
Registration No.:850

Ceaser Railey
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 19, 2008 at Oakland, California.

Signature: ______________________
Ceaser Railey

FF# 6656223