Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GOLDBERG, Derivatively, on behalf of Nominal Defendant TELIK, INC.) <br><br> Plaintiff, <br><br> v. <br><br> GAIL L. BROWN, CYNTHIA M. BUTITTA, EDWARD W. CANTRALL, ROBERT W. FRICK, STEVEN R. GOLDRING, REINALDO F. GOMEZ, MARY ANN GRAY, PAUL M. MENDELMAN, HERWIG VON MORZÉ, RICHARD B. NEWMAN, STEFAN RYSER, MARC L. STEUER, and MICHAEL WICK, <br><br> Defendants. <br><br> and <br><br> TELIK, INC., <br><br> Nominal Defendant. | Case No. C 08-0690 HRL <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Action Filed: January 29, 2008 <br> Judge: Hon. Howard R. Lloyd |

NOTICE OF VOLUNTARY DISMISSAL
Case No. C 08-0690 HRL

# NOTICE OF VOLUNATRY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a), Plaintiff hereby voluntarily dismisses the above action without prejudice.

Dated: February 18, 2008            Respectfully Submitted

**GREEN WELLING LLP**


By:   /s/
         Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Facsimile: (405)  239-2112
wfederman@aol.com
   --and--
2926 Maple Ave., Suite 200
Dallas, TX 75201
Telephone: (214) 696-1100
Facsimile: (214) 740-0112

Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. C 08-0690 HRL                                                        1